IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-17 (MTT) |
| | ) |
| WILLIAM WESLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term.  Doc. 20. The defendant was indicted on April 12, 2022, and had his arraignment in this Court on April 26, 2022.  Docs. 1; 13.  No prior continuances have been granted.  The parties now move the Court to continue this case to the next trial term to provide additional time for the defendant to review discovery, conduct any required investigation or negotiate a potential resolution of the case.  Doc. 20 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 20) is **GRANTED**.  The case is continued from the May term until the Court's trial term presently scheduled for **July 18, 2022**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 2nd day of May, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT